IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL ACTION NO.: 4:10-cv-01463-TLW |
| Plaintiff, ) | |
| ) | ORDER FOR ISSUANCE OF |
| vs. ) | WARRANT OF ARREST |
| ) | AND NOTICE |
| $12,000.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| Defendant. ) | |

A Verified Complaint for Forfeiture having been filed herein against the above-described property (hereinafter referred to as "Defendant Currency") and the Court having reviewed the Complaint, the Court hereby finds, in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that (a) the Defendant Currency is in the custody of the United States and is located within this District; (b) that the Plaintiff has made a prima facie showing that it is entitled to the relief requested as it pertains to the Defendant Currency; (c) that there is reasonable cause to believe that the Defendant Currency was furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or used or intended to be used to facilitate such offenses in violation of 21 U.S.C. § 841(a)(1) and § 846. The said property is therefore subject to forfeiture under the provisions of 21 U.S.C. § 881(a)(6); and grounds for application for issuance of a Warrant of Arrest exist, title having vested

in the United States by operation of law,

IT IS ORDERED that:

1. Pursuant to Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Clerk of Court is hereby directed to issue a Warrant for the Arrest of Defendant Currency directing the United States Marshal or any other federal law enforcement officer for this District to arrest the said Defendant Currency, to make return thereon and to maintain the said Defendant Currency pending order of this Court.

2. Subsequent to the execution of the process as aforesaid, the United States shall issue public notice of this action and of the arrest of Defendant Currency, which notice shall be published once in a newspaper of general circulation or by posting a notice on an official internet government forfeiture site for at least 30 consecutive days in this District where the Defendant Currency was seized, inasmuch as the Defendant Currency is in the custody of the United States and notice of the non-judicial action was previously published. Such notice shall specify the time within which a claim and answer must be filed as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. In accordance with Rule G(4)(b), the United States shall send notice of the action and a copy of the complaint to any person who reasonably appears to be a potential claimant on the facts known to the United States before the end of the time for filing a claim under Rule G(5)(a)(ii)(B).

SO ORDERED this 18th day of June, 2010

_____
UNITED STATES DISTRICT JUDGE

Florence, South Carolina